UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 03-cr-00411-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

DENISE SOUSER,

       Defendant.

## ORDER DIRECTING PARTIES TO RESET SENTENCING

THIS MATTER comes before the Court on an Order and Judgment from the Tenth Circuit Court of Appeals vacating Defendant Souser's sentence and remanding the case for resentencing.

Ms. Souser has not challenged her sentence to five years of probation. Her only challenge has been to the condition of probation that she notify her employer of this conviction. Based thereon,

**IT IS ORDERED** that:

(1) On or before August 1, 2006, the parties shall notify the Court in writing as to what issues will be addressed at the time of resentencing so that a hearing of appropriate duration can be set.

(2) On or before August 11, 2006, the parties shall jointly telephone chambers at (303) 335-2289 to obtain a new sentencing date.

(3)     No new presentence report shall be prepared at this time.

Dated this 20th day of July, 2006

                                    **BY THE COURT:**

*/s/ Marcia S. Krieger*
_____

                                    Marcia S. Krieger
                                    United States District Judge