UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 03-cr-00411-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

DENISE SOUSER,

        Defendant.

## ORDER AND NOTICE OF SENTENCING HEARING

**IT IS ORDERED** that a sentencing is set for **October 16, 2006 at 10:00 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

Dated this 3rd day of August, 2006.

        **BY THE COURT:**

        *Marcia S. Krieger*

        Marcia S. Krieger
        United States District Judge